**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**
**AT NASHVILLE**

**FILED**

November 14, 1997

Cecil W. Crowson
Appellate Court Clerk

| | |
|---|---|
| **GARY S. MAYES,** | ) |
| Appellant, | ) C.C.A. NO. 01C01-9704-CR-00137 |
| | ) |
| | ) DAVIDSON COUNTY |
| VS. | ) (No. 2528 Below) |
| | ) |
| **STATE OF TENNESSEE,** | ) The Hon. Cheryl Blackburn |
| | ) |
| Appellee. | ) **(Dismissal of Habeas Corpus Petition)** |

**O R D E R**

This matter is before the Court upon the state's motion to affirm the judgment of the trial court pursuant to Rule 20, Rules of the Court of Criminal Appeals. The petitioner is appealing the trial court's denial of his petition for writ of habeas corpus. In April of 1993, the petitioner was indicted on one count of aggravated sexual battery, and subsequently pled guilty to the same. In the present appeal, the petitioner contends the judgment entered against him is void because the indictment failed to allege the mens rea of the offense charged.

Regardless of whether this type claim should be raised in a petition for writ of habeas corpus, on the merits, the petitioner is not entitled to relief based on our Supreme Court's recent opinion in State v. Roger Dale Hill, Sr., No. 01S01-9701-CC-00005 (Tenn. Nov. 3, 1997).

IT IS, THEREFORE, ORDERED that the judgment of the trial court is affirmed pursuant to Rule 20, Tennessee Court of Criminal Appeals Rules. The petitioner being indigent, costs are taxed to the state.

ENTER, this the _____ day of November, 1997.

_____
THOMAS T. WOODALL, JUDGE

CONCUR:

_____
DAVID H. WELLES, JUDGE

_____
JERRY L. SMITH, JUDGE